**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

GORDON ELLIS,

    Plaintiff,

vs.

SMURFIT-STONE CONTAINER
CORPORATION,

    Defendant.

Case No. 1:10-cv-549

Bowman, M.J.

*FILED JAMES BONINI CLERK 2011 MAY 25 PM 5:15 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI*

## SPECIAL VERDICT FORM

**The jury must unanimously agree on the answer to each question.**

**Retaliation:**

    1.    Did Mr. Ellis prove by a preponderance of the evidence that his complaint about alleged harassment was a determining factor in Smurfit's decision not to continue his temporary assignment?



    Yes  ✓        No _____

*If your answer to Special Verdict No. 1 is yes, please proceed to No. 2. Otherwise, stop here and sign the verdict form.*

**Damages:**

2. What amounts of damages, if any, did Mr. Ellis prove by a preponderance of the evidence were directly caused to him by Smurfit's unlawful retaliation?

   a) back pay             $ 4000.00

   b) compensatory damages  $ 6000.00

*Stop here and sign the verdict form. All jurors must sign the verdict form.*

/s/ juror #1             /s/ juror #5

/s/ juror #2             /s/ juror #6

/s/ juror #3             /s/ juror #7

/s/ juror #4             /s/ juror #8

Foreperson: /s/ Foreperson     Date: 5/25/11