# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GORDON ELLIS,
    Plaintiffs,

v.

Case No. 1:10cv549
(Bowman, M.J.)

SMURFIT-STONE CONTAINER CORP.,
    Defendant.

## JUDGMENT IN A CIVIL CASE

[X]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: that the jury rendered a verdict in favor of plaintiff and against defendant.

Date: May 26, 2011

James Bonini
Clerk of Court

By: /s/ Jan Lahley, Deputy Clerk